Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–39593–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sergio Vargas
   1 Fielek Ter
   Parlin, NJ 08859–2011

Social Security No.:
   xxx–xx–8185

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 13, 2015.

   On September 15, 2016 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              October 25, 2016
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 16, 2016
JJW: seg

James J. Waldron
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 12-39593-MBK
Sergio Vargas                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2             Date Rcvd: Sep 16, 2016
                               Form ID: 185                Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db             Sergio Vargas,    1 Fielek Ter,    Parlin, NJ  08859-2011
sp            +Kenneth M. Harrell,    Harrell, Smith & Williams, LLC,    767 Central Avenue,
               Westfield, NJ 07090-2528
513592316    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit Financial Services, Inc.,      PO Box 183853,
               Arlington TX 76096)
513568012    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     PO Box 85520,    Richmond, VA  23285-5520)
513568013      Coll Recv Sv,    29 Regency Plz,    Glen Mills, PA  19342-1001
513568016      Gm Financial,    PO Box 181145,    Arlington, TX  76096-1145
513568017      Goodyr/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
513568020     +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
513568021      Revenue Recovery Corp,     612 Gay St,    Knoxville, TN  37902-1603
513568022      Rymr And Flnign,    Cscl Dispute Team,    Des Moines, IA  50306
513696655    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,     Division Of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
513568023      Sa-vit Enterprises,    46 W Ferris St,    East Brunswick, NJ  08816-2159
513568025      Sears/cbna,    PO Box 6282,    Sioux Falls, SD  57117-6282
513568026      State Of NJ - Div Of Taxation,     PO Box 283,    Trenton, NJ  08602-0283
513568027      State Of NJ - Division Of Taxation,     Federal Offset Program,    PO Box 283,
               Trenton, NJ  08602-0283
513568028      Susan Vargas,    13 Vermeer Dr- Apt. 7,    South Amboy, NJ  08879-2346
513568029      Thd/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
513568030    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
               Frederick, MD  21701-4747)
513648799      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
513818028     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
513820350     +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,     MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 16 2016 23:36:17      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 16 2016 23:36:13      United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513568019      E-mail/Text: cio.bncmail@irs.gov Sep 16 2016 23:35:46      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
513578795      E-mail/Text: mrdiscen@discover.com Sep 16 2016 23:35:32      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513568014      E-mail/Text: mrdiscen@discover.com Sep 16 2016 23:35:32      Discover Fin Svcs Llc,
               PO Box 15316,    Wilmington, DE  19850-5316
513720426      E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 23:27:34      GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513568015      E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 23:27:34      Gecrb/care Credit,
               950 Forrer Blvd,    Kettering, OH  45420-1469
514227052      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 16 2016 23:36:31      JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302
514227053      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 16 2016 23:36:31      JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
               ST CLOUD MN 56302
513751012      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2016 23:27:16
               Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
513568024      E-mail/PDF: pa_dc_claims@navient.com Sep 16 2016 23:27:37      Sallie Mae,   PO Box 9500,
               Wilkes Barre, PA  18773-9500
513844059     +E-mail/PDF: pa_dc_claims@navient.com Sep 16 2016 23:26:51      Sallie Mae PC Trust,
               c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513627570*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     955 S Springfield Ave., Bldg A,
               Springfield, NJ  07081-0000)
513568018*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     PO Box 9019,
               Holtsville, NY  11742-0000)
                                                                                   TOTALS: 0, * 2, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 16, 2016
                              Form ID: 185             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Angela Catherine Pattison    on behalf of Creditor    Wells Fargo   Bank, N.A.
       angela.pattison@powerskirn.com, ecf@powerskirn.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
       bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Marc C. Capone    on behalf of Debtor Sergio   Vargas mcapone@caponeandkeefe.com,
       docs@caponeandkeefe.com

                                                                                                                                      TOTAL: 6