UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sergio Vargas

Case No.: 12-39593
Chapter: 13
Judge: Michael B. Kaplan

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Sergio Vargas_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on April 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Medical malpractice lawsuit against Dr. Alexander Rapisarda filed under case MID-L-0978-16.

Pertinent terms of settlement: Defendant to pay Debtor $750,000.00 for injury suffered as a result of a medical mis-diagnosis. Disbursements in the total amount of $37,158.58 to be deducted from the gross amount of the settlement of $750,000.00 leaving a balance of $712,841.42. Out of that balance, 1/3, which is $237,613.81 will be paid to special counsel Harrel, Smith & Williams, LLC. The Debtor shall receive the balance of funds. The balance of Debtor's Plan in the approximate amount of $46,027.00, will be paid to the Trustee.

Objections must be served on, and requests for additional information directed to:

Name: Marc C. Capone, Esq. - Capone and Keefe, PC

Address: 60 Highway 71, Unit 2, Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-39593-MBK
Sergio Vargas                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Mar 23, 2018
                             Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
```
db           #Sergio Vargas,    1 Fielek Ter,    Parlin, NJ 08859-2011
sp           +Kenneth M. Harrell,    Harrell, Smith & Williams, LLC,    767 Central Avenue,
               Westfield, NJ 07090-2528
513592316    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
513568012    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    PO Box 85520,    Richmond, VA   23285-5520)
513568013     Coll Recv Sv,    29 Regency Plz,    Glen Mills, PA 19342-1001
513568016     Gm Financial,    PO Box 181145,    Arlington, TX  76096-1145
513568017     Goodyr/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
513568020    +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
513568021     Revenue Recovery Corp,    612 Gay St,    Knoxville, TN  37902-1603
513568022     Rymr And Flnign,    Cscl Dispute Team,    Des Moines, IA  50306
513696655    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
513568025     Sears/cbna,    PO Box 6282,    Sioux Falls, SD  57117-6282
513568026     State Of NJ - Div Of Taxation,    PO Box 283,    Trenton, NJ  08602-0283
513568027     State Of NJ - Division Of Taxation,    Federal Offset Program,    PO Box 283,
               Trenton, NJ  08602-0283
513568028     Susan Vargas,    13 Vermeer Dr- Apt. 7,    South Amboy, NJ  08879-2346
513568029     Thd/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
513568030    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD  21701-4747)
513648799     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
513818028    +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
513820350    +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2018 23:20:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2018 23:20:37     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513568019     E-mail/Text: cio.bncmail@irs.gov Mar 23 2018 23:20:16     Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
513578795     E-mail/Text: mrdiscen@discover.com Mar 23 2018 23:19:56     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513568014     E-mail/Text: mrdiscen@discover.com Mar 23 2018 23:19:56     Discover Fin Svcs Llc,
               PO Box 15316,    Wilmington, DE  19850-5316
513720426     E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 23:25:33     GE Capital Retail Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
513568015     E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 23:24:40     Gecrb/care Credit,
               950 Forrer Blvd,    Kettering, OH  45420-1469
514227052     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2018 23:21:02     JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302
514227053     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2018 23:21:02     JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    ST CLOUD MN 56302,    JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
               ST CLOUD MN 56302
513751012     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 23:25:31
               Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
513568023     E-mail/Text: bankruptcy@savit.com Mar 23 2018 23:21:53     Sa-vit Enterprises,    46 W Ferris St,
               East Brunswick, NJ  08816-2159
513568024     E-mail/PDF: pa_dc_claims@navient.com Mar 23 2018 23:25:06     Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA  18773-9500
513844059    +E-mail/PDF: pa_dc_claims@navient.com Mar 23 2018 23:25:32     Sallie Mae PC Trust,
               c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513627570*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    955 S Springfield Ave., Bldg A,
               Springfield, NJ  07081-0000)
513568018*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 9019,
               Holtsville, NY  11742-0000)
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Albert     Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert     Russo    docs@russotrustee.com
              Albert     Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Angela Catherine Pattison    on behalf of Creditor    Wells Fargo  Bank, N.A.
               angela.pattison@powerskirn.com, ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Marc C. Capone    on behalf of Debtor Sergio    Vargas mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
                                                                                         TOTAL: 6