MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR



Order Filed on April 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter 13 |
| **Sergio Vargas** | Case No.: **12-39593(MBK)** |
| | Hearing Date: |

### ORDER GRANTING APPLICATION FOR ALLOWANCE
### OF ATTORNEY'S FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 19, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Sergio Vargas**
Case No.:    **12-39593 (MBK)**
Caption of Order:    **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$400.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

      **X**      **$400.00** through the Chapter 13 plan as an administrative priority; and

      ___      $_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

Proposed Plan: **$14,746.00** paid to date; then there will be a **lump sum payment** of approximately **$46,027.00** from proceeds of medical malpractice law suit to be utilized to pay off Debtor's Chapter 13 case.